## SOUTHER v. NEW RIVER AREA MENTAL HEALTH

[354 N.C. 209 (2001)]

BETTY J. SOUTHER, Petitioner v. NEW RIVER AREA MENTAL HEALTH DEVELOP-
MENTAL DISABILITIES AND SUBSTANCE ABUSE PROGRAM, Respondent

No. 126A01

(Filed 5 October 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 142 N.C. App. 1, 541 S.E.2d 750 (2001), affirming an order entered 21 May 1999 by Burke, J., in Superior Court, Wilkes County. Heard in the Supreme Court 13 September 2001.

*Legal Services of the Blue Ridge, by Charlotte Gail Blake, for petitioner-appellee.*

*McElwee Firm, PLLC, by William H. McElwee, III, and Elizabeth K. Mahan, for respondent-appellant.*

PER CURIAM.

AFFIRMED.

Justice EDMUNDS did not participate in the consideration or decision of this case.